**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

Bank Midwest, a Division of NBH Bank,

       Plaintiff,

Case No. 4:25-cv-00325-SEP

v.

NC Enterprises LLC, LTI Trucking Services
Inc., LTI Logistics LLC, and Nicholas
Civello,

       Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), the parties stipulate to

dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

Dated:  July 6, 2026

Respectfully submitted,

**STINSON LLP**

/s/ Austin C. Diehl
Andrew Scavotto (Mo. Bar No. 57826)
Austin Diehl (Mo. Bar No. 75528)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105-1821
Phone: (314) 863-0800
andrew.scavotto@stinson.com
austin.diehl@stinson.com

***Attorneys for Plaintiff Bank Midwest, a
division of NBH Bank***

and

1

CORE/3000603.0175/244357727.1

2

**SUMMERS COMPTON WELLS LLC**

*/s/ Seth A. Albin (w/consent)*
Seth A. Albin (Mo. Bar No. 46483)
Sarah E. Tomlinson (Mo. Bar No. 72441)
903 S. Lindbergh Blvd., Suite 200
St. Louis, MO 63131
Phone: (314) 991-4999
Fax: (314) 872-0309
salbin@summerscomptonwells.com
stomlinson@summerscomptonwells.com

***Attorneys for Defendant NC Enterprises LLC***

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served on all attorneys of record via the Court's electronic filing system on this 6th day of July 2026.

/s/ Austin C. Diehl
**Attorney for Plaintiff Bank Midwest, a division of NBH Bank**

3

CORE/3000603.0175/244357727.1